No. D–363. IN RE DISBARMENT OF GIGLIOTTI. It is ordered that Francesco Gigliotti, of New Castle, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 81–2332. NORFOLK REDEVELOPMENT AND HOUSING AUTHORITY *v.* CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF VIRGINIA ET AL. C. A. 4th Cir. [Certiorari granted, 459 U. S. 1145.] Motion of American Gas Association for leave to file a brief as *amicus curiae* granted. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 82–15. OLIVER *v.* UNITED STATES. C. A. 6th Cir. [Certiorari granted, 459 U. S. 1168]; and

No. 82–1273. MAINE *v.* THORNTON. Sup. Jud. Ct. Me. [Certiorari granted, 460 U. S. 1068.] Motion of petitioner in No. 82–15 for divided argument granted. Motion of petitioner in No. 82–1273 for divided argument granted.

No. 82–660. UNITED STATES *v.* CRONIC. C. A. 10th Cir. [Certiorari granted, 459 U. S. 1199.] Motion of respondent for substitution of counsel granted, and it is ordered that Steven B. Duke, Esquire, of New Haven, Conn., be appointed to serve as counsel for respondent in this case in place of David W. Duncan, Esquire, of Durango, Colo., who is hereby discharged.